UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00019 |
| | ) | JUDGE CAMPBELL |
| SHAWN MICHAEL PARKS | ) | |

## ORDER

The Court has received a letter from Defendant Shawn Michael Parks requesting new counsel. The Court will hold a hearing on the request on November 5, 2013, at 10:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE